Christopher B. Dolan (#165358)
Aimee E. Kirby (#216909)
Sandra I. Tan (#276333)
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, California 94102
Telephone:   (415) 421-2800
Facsimile:   (415) 421-2830

Attorneys for Plaintiff
Richard Knudsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Knudsen, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,<br><br>Plaintiffs,<br><br>v.<br><br>A T And T Corporation<br>AT&T Corp<br>New Cingular Wireless Services, Inc.<br>Cingular Wireless Limited Liability Company<br>AT&T Technical Services Company, Inc<br>American Telephone & Telegraph Co<br>AT&T Inc.,<br>AT&T Mobility<br>AT&T Wireless, Inc.<br>AT&T Wireless, Inc. (Formerly Cingular, LLC)<br>AT&T Corporation (Formerly Cingular, LLC)<br>AT&T Services, Inc. (Formerly SBC Services, Bellsouth Telecommunications Incorporated Inc.), and Does 1-100<br>Defendants. | Case No.:  CV 13 4542 EDL<br><br><br><br>**PLAINTIFF'S EX PARTE REQUEST FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE, AND THE JOINT STATEMENT**<br><br>Trial Date: TBD |

Plaintiff hereby request from the Court a continuance of the Case Management Conference currently set for November 18, 2014 at 10:00 am.

PLAINTIFF'S REQUEST FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE
-1-

Please note that Defendants AT&T COMMUNICATIONS OF CALIFORNIA, INC., NEW CINGULAR WIRELESS SERVICES, INC., AT&T CORP., AT&T SERVICES, INC., AT&T MOBILITY WIRELESS COPERATIONS HOLDINGS INC., AT&T MOBILITY LLC., AT&T MOBILITY SERVICES LLC., AMERICAN TELEPHONE COMPANY LLC, and AT&T MOBILITY WIRELESS OPERATIONS HOLDINGS LLS have been served at 818 W. 7th Street, Los Angeles, CA 90017, on October 28, 2014, but have not appeared and have not been dismissed.

Due to the complexity of issues, Plaintiff is currently working with Defendants to voluntarily limit the parties to the correct entities and allow responsive pleadings to be filed. Defendants have retained John C. Richter at King & Spalding as counsel.

Plaintiff's counsel has just recently been in contact with Mr. Richter as of this week.

According to the court's Order, parties shall file a joint case management statement. However, Plaintiff requests a 45 day continuance for the defendants to have an opportunity to appear in this matter.

Dated: 11-11-14



Aimee E. Kirby, Esq.
Attorney for Plaintiff

### [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

1. The Case Management Conference, currently scheduled for November 18, 2014 be continued to 10:00 am on 1/6/15.

2. The parties shall file a joint case management conference statement no later than 12/30/14.

IT IS SO ORDERED.

Dated: November 13, 2014



HON. ELIZABETH D. LAPORTE