1
JOHN C. RICHTER (admitted *pro hac vice*)
jrichter@kslaw.com
2
ALEXANDER K. HAAS (SBN 220932)
ahaas@kslaw.com
3
ALEXANDER T. POGOZELSKI (admitted *pro hac vice*)
apogozelski@kslaw.com
4
King & Spalding LLP
1700 Pennsylvania Ave. NW, Suite 200
5
Washington, D.C. 20006
Telephone: 1 202 626 5502
6
Facsimile:  1 202 626 3737
Attorneys for Moving Defendants
7

8

9
IN THE UNITED STATES DISTRICT COURT
10
FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
SAN FRANCISCO DIVISION
12

13
Richard Knudsen, an individual, Qui Tam
Plaintiff, on behalf of himself and United States
14
of America and its Federal Agencies, a public
entity,
15
                    Plaintiffs,
16
             v.
17
A T And T Corporation
18
AT&T Corp
New Cingular Wireless Services, Inc.
19
Cingular Wireless Limited Liability Company
AT&T Technical Services Company, Inc
20
American Telephone & Telegraph Co
AT&T Inc.,
21
AT&T Mobility
AT&T Wireless, Inc.
22
AT&T Wireless, Inc. (Formerly Cingular LLC)
23
AT&T Corporation (Formerly Cingular, LLC)
AT&T Services, Inc. (Formerly SBC Services,
24
Bellsouth Telecommunications Incorporated
Inc.), and Does 1-100
25

26
                    Defendants.
27

28

CASE NO. 3:13-CV-4542-CRB

**ORDER**

**GRANTING *EX PARTE APPLICATION* OF AT&T CORP., AT&T SERVICES INC., NEW CINGULAR WIRELESS SERVICES INC., AT&T MOBILITY LLC, AT&T MOBILITY WIRELESS OPERATIONS HOLDINGS LLC, AT&T MOBILITY WIRELESS OPERATIONS HOLDINGS INC., AT&T MOBILITY SERVICES LLC, AND AT&T COMMUNICATIONS OF CALIFORNIA INC. FOR AN ORDER EXTENDING TIME TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

Date:    May 8, 2015
Time:    10:00 a.m.
Courtroom: 6, 17th Floor
Judge:  Hon. Charles R. Breyer

 No. 3:13-CV-4542-CRB – [PROPOSED] ORDER GRANTING MOVING DEFENDANTS' EX PARTE
APPLICATION TO EXTEND TIME TO FILE REPLY BRIEF

## <u>ORDER</u>

The Court having considered the *Ex Parte* Application of AT&T Corp., AT&T Services

Inc., New Cingular Wireless Services Inc., AT&T Mobility LLC, AT&T Mobility Wireless

Operations Holdings LLC, AT&T Mobility Wireless Operations Holdings Inc., AT&T Mobility

Services LLC, and AT&T Communications of California Inc. ("Moving Defendants") for

an Order extending time for Moving Defendants to file a Reply in support of their Motion to

Dismiss the Complaint, and good cause appearing therefore, IT IS HEREBY ORDERED that

said *Ex Parte* Application is **GRANTED.**

The time for Moving Defendants to file a Reply is hereby extended to and including

**April 20, 2015**.

**IT IS SO ORDERED.**

Dated:   April 10, 2015

The                                                                                  er
Uni



NO. 3:13-CV-4542-CRB – [PROPOSED] ORDER GRANTING MOVING DEFENDANTS' EX PARTE
APPLICATION TO EXTEND TIME TO FILE REPLY BRIEF                                                                    1