JOHN C. RICHTER (admitted *pro hac vice*)
jrichter@kslaw.com
ALEXANDER K. HAAS (SBN 220932)
ahaas@kslaw.com
DAVID P. MATTERN (admitted *pro hac vice*)
dmattern@kslaw.com
King & Spalding LLP
1700 Pennsylvania Ave. NW, Suite 200
Washington, D.C. 20006
Telephone: 1.202.626.5502
Facsimile: 1.202.626.3737
Attorneys for Defendants

Christopher B. Dolan, State Bar No. 165358
Aimee E. Kirby, State Bar No. 216909
Aimee.kirby@cbdlaw.com
Sandra I. Tan, State Bar No. 216909
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, California 94102
Telephone:    415.421.2800
Facsimile:    415.421.2830

Attorneys for Plaintiff Richard Knudsen

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Knudsen, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T Corp, AT&T Inc., AT&T Mobility, and Does 1-100<br>Defendants. | Case No. 3:13-CV-4542-CRB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME AND SET FURTHER BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[Civil L.R. 6-2]<br><br>**Date Action Filed**: October 1, 2013<br><br>The Honorable Charles R. Breyer |

**THE DOLAN LAW FIRM**
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
**SAN FRANCISCO, CA**
94105
TEL: (415) 421-2800
FAX: (415) 421-2830

NO. 3:13-CV-4542-CRB – JOINT STIPULATION TO MODIFY THE BRIEFING SCHEDULE & PROPOSED ORDER    2

## **ORDER**

PURSUANT TO STIPULATION, the following is ORDERED:

1. Plaintiff's Opposition Memorandum shall be filed on or before August 27, 2015; and

2. Defendants' Reply Memorandum shall be filed on or before September 24, 2015.

3. The hearing currently scheduled for September 18, 2015, is vacated and reset for October 9, 2015.

**IT IS SO ORDERED.**

Dated: July 31, 2015

_____
The Honorable Charles R. Breyer
U.S. District Judge

**THE DOLAN LAW FIRM**
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
**SAN FRANCISCO, CA**
94105
TEL: (415) 421-2800
FAX: (415) 421-2830

NO. 3:13-CV-4542-CRB – JOINT STIPULATION TO MODIFY THE BRIEFING SCHEDULE & PROPOSED ORDER   2