JOHN C. RICHTER (admitted *pro hac vice*)
jrichter@kslaw.com
ALEXANDER K. HAAS (SBN 220932)
ahaas@kslaw.com
DAVID P. MATTERN (admitted *pro hac vice*)
dmattern@kslaw.com
King & Spalding LLP
1700 Pennsylvania Ave. NW, Suite 200
Washington, D.C. 20006
Telephone: 1 202 626 5502
Facsimile: 1 202 626 3737
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Knudsen, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,<br><br>    Plaintiffs,<br><br> v.<br><br>AT&T Corp, AT&T Inc., AT&T Mobility, and Does 1-100<br><br>    Defendants. | CASE NO. 3:13-CV-4542-CRB<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>**Action Filed: October 1, 2013**<br>**Judge: Hon. Charles R. Breyer** |

NO. 3:13-CV-4542-CRB – [PROPOSED] ORDER SETTING STATUS CONFERENCE

PURSUANT to the Parties' November 9, 2015 Stipulation, the following is ORDERED:

1. Relator shall not file an amended complaint or any potentially confidential materials on November 9, 2015, and Defendants will not seek default on account of Relators' not filing an amended complaint on that date;

2. A status conference to discuss this matter is set for   12/11/2015   at : 52  a.m.

The parties may appear telephonically.

IT IS SO ORDERED.

Dated: November 17, 2015    

The Honorable Charles R. Breyer
U.S. District Judge

NO. 3:13-CV-4542-CRB – [PROPOSED] ORDER SETTING STATUS CONFERENCE