1 | Christopher B. Dolan (#165358)
  | Aimee E. Kirby (#216909)
2 | **THE DOLAN LAW FIRM**
  | 1438 Market Street
3 | San Francisco, California 94102
  | Telephone:   (415) 421-2800
4 | Facsimile:   (415) 421-2830

5 | Attorneys for Plaintiff
6 | Richard Knudsen

7 | John C. Richter
  | KING & SPALDING
8 | 1700 Pennsylvania Avenue, NW, Suite 200
9 | Washington, DC 20006-4707
  | T: (202)626-5617
10 | F: (202)626-3737

11 | Attorneys for Defendants AT&T, et al.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Knudsen, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,    Plaintiffs,    v.    A T And T Corporation AT&T Corp New Cingular Wireless Services, Inc. Cingular Wireless Limited Liability Company AT&T Technical Services Company, Inc American Telephone & Telegraph Co AT&T Inc., AT&T Mobility AT&T Wireless, Inc. AT&T Wireless, Inc. (Formerly Cingular, LLC) AT&T Corporation (Formerly Cingular, LLC) AT&T Services, Inc. (Formerly SBC Services, | Case No.: ***CV 13 4542 CRB***    **~~PROPOSED~~ ORDER RE JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**    Action Filed: October 1, 2013 Trial Date: TBD Judge: Hon. Charles R. Breyer |

Bellsouth Telecommunications Incorporated Inc.), and Does 1-100
        Defendants.
and Does 1-100,

        Defendants.

## ORDER

PURSUANT TO STIPULATION, the following is ORDERED:

1. The Status Conference shall be continued to December 21, 2015. Should December 21, 2015 be unavailable for the Court, please contact plaintiff-relator's counsel with the Court's availability to find a mutually agreeable date for all parties.
2. The Status Report shall be due on December 14, 2015 or a week from the date of the Status Conference.
3. The Status Conference currently scheduled for December 11, 2015 is vacated and reset for  December 18, 2015  .

**IT IS SO ORDERED.**

Dated: _____December 8_____, 2015    _____

                                                        The Honorable Charles R. Breyer

THE DOLAN LAW FIRM
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
**SAN FRANCISCO, CA**
94105
TEL: (415) 421-2800
FAX: (415) 421-2830