JOHN C. RICHTER (admitted *pro hac vice*)
jrichter@kslaw.com
ALEXANDER K. HAAS (SBN 220932)
ahaas@kslaw.com
DAVID P. MATTERN (admitted *pro hac vice*)
dmattern@kslaw.com
King & Spalding LLP
1700 Pennsylvania Ave. NW, Suite 200
Washington, D.C. 20006
Telephone: 1 202 626 5502
Facsimile: 1 202 626 3737
Attorneys for Defendants AT&T Corp., AT&T Services Inc.,
New Cingular Wireless Services Inc., and AT&T Mobility LLC

Christopher B. Dolan, State Bar No. 165358
Aimee E. Kirby, State Bar No. 216909
aimee.kirby@cbdlaw.com
Sandra I. Tan, State Bar No. 276333
THE DOLAN LAW FIRM
1438 Market Street
San Francisco, CA  94102
Telephone: 415.421.2800
Facsimile:  415.421.2830

Attorneys for Relator Richard Knudsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Knudsen, an individual, Qui Tam Plaintiff,<br><br>            Plaintiff,<br><br>     v.<br><br>AT&T Corp., AT&T Inc., AT&T Mobility, and Does 1-100<br><br>            Defendants. | CASE NO. 3:13-CV-4542-CRB<br><br>**ORDER**<br><br>Judge:                         Hon. Charles R. Breyer<br>Am. Complaint Filed:   January 29, 2016<br>Trial Date:                   None Set |

**ORDER**

1. Defendants shall have up to and including March 1, 2016 to file a motion to dismiss or otherwise respond to Plaintiff's Second Amended Complaint.

2. Plaintiff shall have up to and including April 1, 2016 to respond to Defendants' motion to dismiss or responsive pleading.

3. Defendants shall have up to and including April 20, 2016 to file a reply in support of their motion to dismiss or other response to Plaintiff's Second Amended Complaint.

4. The hearing on Defendants' Motion to Dismiss shall be set for May 13, 2016.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 11, 2016.

_____

HON. CHARLES R. BREYER

[PROPOSED] ORDER; NO. 3:13-CV-4542-CRB