JOHN C. RICHTER (admitted pro hac vice)
jrichter@kslaw.com
ALEXANDER K. HAAS (SBN 220932)
ahaas@kslaw.com
DAVID P. MATTERN (admitted pro hac vice)
dmattern@kslaw.com
King & Spalding LLP
1700 Pennsylvania Ave. NW, Suite 200
Washington, D.C. 20006
Telephone: 1 202 626 5502
Facsimile: 1 202 626 3737

Attorneys for Defendants

Christopher B. Dolan (#165358)
Aimee E. Kirby (#216909)
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, California 94102
Telephone:    (415) 421-2800
Facsimile:    (415) 421-2830

Attorneys for Plaintiff Richard Knudsen

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Knudsen, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T Corp, AT&T Inc., AT&T Mobility, and Does 1-100<br>Defendants. | Case No.: 3:13-CV-4542-CRB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>[Civil L.R. 6-2]<br><br>**Date Action Filed**: October 1, 2013<br><br>The Honorable Charles R. Breyer |

# ORDER

PURSUANT TO STIPULATION, the following is ORDERED:

1. The hearing on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint currently scheduled for June 24, 2016 is reset for August 5, 2016.

**IT IS SO ORDERED.**

Dated: May 31, 2016

_____
The Honorable Charles R. Breyer
U.S. District Judge

**THE DOLAN LAW FIRM**
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA 94105
TEL: (415) 421-2800
FAX: (415) 421-2830

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT
2